FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00568-BNB

WILLARD ARTHUR,

Applicant,

v.

AVRIL CHAPMAN, Warden,

Respondent.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Willard Arthur, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. Mr. Arthur initiated this action by filing ***pro se*** an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the U.S. District Court for the District of Columbia. The Application was transferred to this Court on March 8, 2011. Mr. Arthur has paid the $5.00 filing fee.

The Court must construe the Application liberally because Mr. Arthur is a ***pro se*** litigant. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a ***pro se*** litigant's advocate. ***See Hall***, 935 F.2d at 1110. For the reasons stated below, Mr. Arthur will be ordered to file an Amended Application.

The Court has reviewed the Application and finds that it is deficient. Mr. Arthur fails to assert claims that comply with Rule 8 of the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief.

***See*** Fed. R. Civ. P. 81(a)(4); ***Browder v. Director, Dep't of Corrections***, 434 U.S. 257, 269 (1978); ***Ewing v. Rodgers***, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading "shall contain (1) a short and plain statement of the for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought." Fed. R. Civ. P. 8(d)(1) provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Arthur's Application is vague and unintelligible. He appears to complain that the Montrose County District Court has refused to provide him with copies of various requested documents from his state criminal case. However, he does not articulate how his constitutional or federal statutory rights are being violated in a manner that can be remedied through a federal habeas corpus case. Mr. Arthur is advised that 28 U.S.C. § 2241 is available to challenge the execution of a state prisoner's sentence, while 28 U.S.C. § 2254 is used to challenge the validity of a state court conviction and/or sentence. ***See McIntosh v. United States Parole Comm'n***, 115 F.3d 809, 811 (10th Cir. 1997).

Although Mr. Arthur has failed to comply with Fed. R. Civ. P. 8, he will be given an opportunity to file an Amended Application. Accordingly, it is

ORDERED that Mr. Arthur file, **within thirty days from the date of this Order**, an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241 or 28 U.S.C. § 2254 that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Arthur, together with a copy of this Order, two copies of the following Court-approved forms, one of which Mr. Arthur will use in filing the Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Arthur fails within the time allowed to file an Amended Application as directed, the action will be dismissed without prejudice and without further notice.

DATED April 26, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00568-BNB

Willard Arthur
Prisoner No. 104631
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 and of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 forms** to the above-named individuals on April 26, 2011

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk