FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00568-BNB

WILLARD ARTHUR,

    Applicant,

v.

AVRIL CHAPMAN, Warden,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Willard Arthur, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. Mr. Arthur initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the U.S. District Court for the District of Columbia. The Application was transferred to this Court on March 8, 2011. Mr. Arthur has paid the $5.00 filing fee.

On April 26, 2011, Magistrate Judge Boyd N. Boland determined that the Application was deficient because it did not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Accordingly, Mr. Arthur was directed to file an amended application within thirty (30) days. The April 26 Order warned Mr. Arthur that failure to file an amended application within the time allowed would result in dismissal of this action without further notice.

Mr. Arthur has not filed an amended application and has therefore failed to comply with the April 26 Order. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Willard Arthur, to comply with the Order Directing Applicant to File Amended Application dated April 26, 2011. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __8th__ day of ____June____, 2011.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-00568-BNB

Willard Arthur
Prisoner No. 104631
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 8, 2011

                                                       GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                    Deputy Clerk